# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELUTIONS CAPITAL VENTURES S.A.R.L., NBL FUND I, LP and HASHMINE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BETTS, <br><br> Defendant, <br> and <br><br> NOBLE TALENTS, LLC, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:24-cv-00827-CFC |

## [~~PROPOSED~~] ORDER GRANTING
## RULE 25(c) MOTION FOR SUBSTITUTION

WHEREAS, the Court having considered the Motion for Substitution of Deborah J. Piazza, Chapter 7 Trustee (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED, this 13th day of December, 2024, that:

1.      The Motion is GRANTED; and

2.      Deborah J. Piazza, as Chapter 7 Trustee of the estate of Noble Talents, LLC, shall be substituted as Plaintiff for Plaintiffs Elutions Capital Ventures S.A.R.L., NBL Fund I, LP and Hashmine LLC in the above-referenced action.

3.    Following entry of this Order, all filings in this action shall be under

the following caption:

| | |
|---|---|
| DEBORAH J. PIAZZA, CHAPTER 7 ) | |
| TRUSTEE FOR THE ) | |
| BANKRUPTCY ESTATE OF ) | |
| NOBLE TALENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00827-CFC |
| v. ) | |
| ) | |
| JOHN BETTS, ) | |
| ) | |
| Defendant. ) | |

/s/ Colm F. Connolly
The Honorable Colm F. Connolly